FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

98 MAR 25 AM 9: 24

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| VALINDA F. OLADEINDE, ET AL., | ) | |
| Plaintiffs | ) ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 91-AR-0196-S |
| CITY OF BIRMINGHAM, ET AL., | ) ) | |
| Defendants | ) ) | |

ENTERED

MAR 2 5 1998

### MEMORANDUM OPINION

The court has for consideration the motion of plaintiffs, Valinda F. Oladeinde, et al., for reconsideration of this court's decision of March 11, 1998, exempting Elaine Deutcsh from the rule of sequestration of witnesses. Plaintiffs misconstrued this court's order of March 11, 1998.

The mere fact that the court will allow Elaine Deutcsh to remain in the courtroom does not constitute a pre-commitment by the court to allow Mrs. Deutcsh to testify on any and all subjects upon which defendants may wish her to testify. If Mrs. Deutcsh takes the stand, plaintiffs can object to any and all questions put to her, and if the questions seek to elicit irrelevant or prejudicial matter, the court will, of course, sustain plaintiffs' objections. The court does not interpret plaintiffs' present motion as a motion in limine to preclude Mrs. Deutcsh's testimony that defendant, Arthur Deutcsh is incompetent.

A separate, appropriate order will be entered.

DONE this 25th day of March, 1998.

*/s/ William M. Acker*

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE